**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| AERITAS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:18-cv-140 |
| | § | |
| MCDONALD'S CORPORATION and | § | Jury Trial Demanded |
| MCDONALD'S USA, LLC, | § | |
| | § | |
| *Defendants.* | | |

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Aeritas, LLC ("Aeritas" or "Plaintiff") files this Complaint for patent infringement against Defendants McDonald's Corporation and McDonald's USA, LLC (collectively, "McDonald's" or "Defendants"), and alleges as follows:

**NATURE OF THE ACTION**

1.      This is an action for patent infringement arising under 35 U.S.C. § 1 *et seq.*

**PARTIES**

2.      Aeritas is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business in Dallas, Texas and its registered agent at 15950 Dallas Parkway, Suite 225, Dallas, TX 75248.

3.      On information and belief, McDonald's Corporation is a corporation organized and existing under the laws of the State of Delaware.  McDonald's Corporation may be served via its registered agent for service of process:  Prentice Hall Corp. System, 211 E. 7th Street, Suite 620, Austin, Texas  78701.

4.      On information and belief, McDonald's USA, LLC, is a limited liability company organized and existing under the laws of the State of Delaware.  McDonald's may be served via

**PLAINTIFF AERITAS, LLC'S ORIGINAL**
**COMPLAINT FOR PATENT INFRINGEMENT**                                        **Page 1**

its registered agent for service of process: Corporation Service Company dba CSC – Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

5. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. Upon information and belief, McDonald's is subject to personal jurisdiction of this Court based upon it having regularly conducted business, including the acts complained of herein, within the State of Texas and this judicial district ("District") and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this District.

7. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400 because McDonald's has committed acts of infringement and has regular and established places of business in this District.

## ASSERTED PATENTS

8. On November 8, 2011, United States Patent No. 8,055,285 (the "'285 patent") was duly and legally issued for a "Mixed-Mode Interaction." A true and correct copy of the '285 is attached hereto as Exhibit A. Aeritas is the owner of all right, title and interest in and to the '285 patent.

9. On July 12, 2016, United States Patent No. 9,390,435 (the "'435 patent") was duly and legally issued for a "Mixed-Mode Interaction." A true and correct copy of the '435 patent is attached hereto as Exhibit B. Aeritas is the owner of all right, title and interest in and to the '435 patent.

10. On February 6, 2018, United States Patent No. 9,888,107 (the "'107 patent") was duly and legally issued for a "Mixed-Mode Interaction." A true and correct copy of the '107

**PLAINTIFF AERITAS, LLC'S ORIGINAL**
**COMPLAINT FOR PATENT INFRINGEMENT**                                              **Page 2**

patent is attached hereto as Exhibit C.  Aeritas is the owner of all right, title and interest in and to the '107 patent.

11.    The '285, '435, and '107 patents ("Asserted Patents") were invented by Malik Mamdani, Patrick Johnson, Kevin Bomar, Curtis Grant, and Tim Whatley.  Mr. Mamdani lives in Dallas, Texas.  On information and belief, Mr. Johnson lives in Trophy Club, Texas.  On information and belief, Mr. Bomar lives in Weatherford, Texas.  On information and belief, Mr. Grant lives in Flower Mound, Texas.  On information and belief, Mr. Whatley lives in Athens, Texas.  The Asserted Patents were prosecuted by David Judson, with an office in Dallas, Texas.

BACKGROUND

12.    Aeritas developed its mobile device location-based information service based on research and development activities that began around 2000.  In recognition of its pioneering efforts in this field, the United States Patent & Trademark Office issued the inventors several U.S. patents directed to Aeritas's innovative technology platform, service and notification method.  These include the Asserted Patents.

13.    McDonald's provides mobile device applications for both iOS and Android devices (https://www.mcdonalds.com/us/en-us/mobile-order-and-pay.html) (collectively, the "Accused Instrumentality") which, on information and belief, operate substantially the same with respect to the Asserted Patents.

**FIRST CLAIM FOR RELIEF**
**(Infringement of the '285 Patent)**

14.    Aeritas incorporates paragraphs 1 through 13 as though fully set forth herein.

15.    McDonald's has been and is now infringing one or more claims of the '285 patent under 35 U.S.C. § 271 by making and/or using the Accused Instrumentality.

16.     More particularly, McDonald's infringes at least claim 1 of the '285 patent. McDonald's receives and stores an input in a user profile in a database, the input comprising consumer interest data (e.g., favorite orders).  At a second time, data identifying a current location of the mobile communications device on which the Accused Instrumentality is installed is obtained (e.g., upon application launch or when a user returns to their favorites to place an order).  Based on the input and location, McDonald's performs a search to locate pertinent information (e.g., nearby stores capable of fulfilling a mobile order) and receives the results of such search. McDonald's then provides the information to the mobile communications device (e.g., the nearby stores).

17.     Aeritas has been damaged by McDonald's infringing activities and will be irreparably harmed unless those infringing activities are preliminarily and permanently enjoined by this Court.

## SECOND CLAIM FOR RELIEF
### (Infringement of the '435 Patent)

18.     Aeritas incorporates paragraphs 1 through 13 as though fully set forth herein.

19.     McDonald's has been and is now infringing one or more claims of the '435 patent under 35 U.S.C. § 271 by making and/or using the Accused Instrumentality.

20.     More particularly, McDonald's infringes at least claim 1 of the '435 patent.  On information and belief, McDonald's employs a processor and computer memory holding computer program instructions to perform the functions described herein.  McDonald's receives data indicating permission to provide a notification to a mobile device user (e.g., according to App notification settings) in accordance with notification criteria.  McDonald's determines a location of the mobile device and, based on the location and notification criteria, provides at least a visual alert notification (e.g., a push notification to a mobile device with a location-based promotion,

**PLAINTIFF AERITAS, LLC'S ORIGINAL**
**COMPLAINT FOR PATENT INFRINGEMENT**                              **Page 4**

such as a promotion based on the performance of a local sports team).  McDonald's receives second data as a result of an input being received at the mobile device (e.g., interaction with the notification and/or the app to place a mobile order), retrieves information associated with the input and location (e.g., nearby locations capable of accepting mobile orders), and provides responsive information to the mobile device (e.g., the nearby locations).

21.    Aeritas has been damaged by McDonald's infringing activities and will be irreparably harmed unless those infringing activities are preliminarily and permanently enjoined by this Court.

## THIRD CLAIM FOR RELIEF
### (Infringement of the '107 Patent)

22.    Aeritas incorporates paragraphs 1 through 13 as though fully set forth herein.

23.    McDonald's has been and is now infringing one or more claims of the '107 patent under 35 U.S.C. § 271 by making and/or using the Accused Instrumentality.

24.    More particularly, McDonald's infringes at least claim 5 of the '107 patent.  On information and belief, McDonald's employs a processor and computer memory holding computer program instructions to perform the functions described herein.  McDonald's receives data indicating permission to provide a notification to a mobile device user (e.g., according to App notification settings) in accordance with notification criteria.  McDonald's determines a location of the mobile device and, based on the location and notification criteria, provides at least a visual alert notification (e.g., a push notification to a mobile device with a location-based promotion, such as a promotion based on the performance of a local sports team).  McDonald's receives second data as a result of an input being received at the mobile device (e.g., interaction with the notification and/or the app to place a mobile order), retrieves information associated with the input and location (e.g., nearby locations capable of accepting mobile orders), and provides responsive

**PLAINTIFF AERITAS, LLC'S ORIGINAL**
**COMPLAINT FOR PATENT INFRINGEMENT**                                                  **Page 5**

information to the mobile device (e.g., the nearby locations).  On information and belief, the program instructions include first and second components of a rules engine to evaluate notification criteria (e.g., at least based on the success of the local sports team and location of the mobile device) and execute notification rules (e.g., providing the notification if the criteria are met).

25.     Aeritas has been damaged by McDonald's infringing activities and will be irreparably harmed unless those infringing activities are preliminarily and permanently enjoined by this Court.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Aeritas hereby demands a trial by jury of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Aeritas requests that the Court enter a judgment in its favor and against

Defendants as follows:

A.  Permanently enjoining Defendants, their agents, servants, and employees, and all

those in privity with them or in active concert and participation with them, from

engaging in acts of infringement of the Asserted Patents;

B.  Awarding Aeritas past and future damages together with prejudgment interest and

post-judgment interest to compensate for the infringement of the patents-in-suit in

accordance with 35 U.S.C. § 284;

C.  Declaring this case exceptional, pursuant to 35 U.S.C. § 285;

D.  Awarding Aeritas its costs (including expert fees), disbursements, and attorneys' fees;

and

E.  Granting such further relief as this Court deems to be just and proper.


Dated: March 24, 2018                          Respectfully submitted,

                                               **DELGIORNO IP LAW, PLLC**

                                               By:

                                                   _____
                                                   Matthew DelGiorno
                                                   State Bar No. 24077131
                                                   matt@delgiornolaw.com

                                                   906 Granger Drive
                                                   Allen, TX  75013
                                                   Telephone:  (214) 601-5390


                                               **ATTORNEY FOR PLAINTIFF
                                               AERITAS, LLC**


**PLAINTIFF AERITAS, LLC'S ORIGINAL
COMPLAINT FOR PATENT INFRINGEMENT**                                 **Page 7**